# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **Safelite Group, Inc.** | : | |
| Plaintiff | : | Case No. 2:21-cv-04558-SDM-EPD |
| v. | : | Judge: Sarah D. Morrison |
| **Nathaniel Lockridge,** *et al.* | : | Magistrate Judge: Elizabeth Preston Deavers |
| Defendants. | : | |

## SECOND UNOPPOSED MOTION OF DEFENDANT NATHANIEL LOCKRIDGE FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF SAFELITE GROUP, INC.'S APPLICATION FOR ATTORNEY FEES AND COSTS

Defendant Nathaniel Lockridge, by and through counsel, moves for an extension of time to file a response to Plaintiff Safelite Group, Inc.'s Application for Attorney Fees and Costs. Pursuant to non-document Order (Doc 328), Lockridge's response is due Monday, November 11, 2024. Lockridge and Safelite are still in the process of resolving the Application and want to avoid further expense to the extent possible. Safelite does not oppose a five (5) day extension, which would make the response to the Application due on or before Monday, November 18. Lockridge requests that he be allowed to file his response to the Application on or before November 18, 2024.

/s/ Stephen P. Postalakis
STEPHEN P. POSTALAKIS (0063240) (trial counsel)
DAVID S. KESSLER (0041982)
Haynes Kessler Myers & Postalakis, Incorporated
300 W. Wilson Bridge Road, Suite 100
Worthington, OH 43085
(614) 764-0681
(614) 764-0774 (facsimile)
steve@ohiolawyersgroup.com
david@ohiolawyersgroup.com
Attorneys for Defendant Nathaniel Lockridge

## CERTIFICATE OF SERVICE

      I hereby certify that, on the 8th day of November, 2024, a copy of the foregoing Unopposed Motion for Extension of Time was filed electronically with the ECF System for this Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                                */s/Stephen P. Postalakis*  
                                                STEPHEN P. POSTALAKIS (0063240) (trial counsel)