IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**SAFELITE GROUP, INC.,**

    **Plaintiff,**

                      **Case No. 2:21-cv-4558**
                      **Chief Judge Sarah D. Morrison**
    **v.**                      **Magistrate Judge Elizabeth P. Deavers**

**NATHANIEL LOCKRIDGE,** *et al.***,**

    **Defendants.**

## ORDER

The Court **ADOPTS** the parties' Joint Proposed Case Management Schedule (ECF No. 356) as follows:

•     Defendants' Post-Hearing Briefs on the pending Motion for Default Judgment Against Billingsley and for Sanctions Against Caliber are to be filed by **MAY 8, 2025.**

•     Plaintiff's Post-Hearing Brief on the pending Motion is to be filed by **MAY 29, 2025.**

•     Plaintiff's Rebuttal Expert Report is due **MAY 30, 2025.**

•     The Discovery Cutoff is the **later of** (i) **SEPTEMBER 30, 2025**, **or** (ii) **90 DAYS** after the completion of the Rule 30(b)(6) deposition of Plaintiff and the Court's ruling on Caliber's Motion for Leave to Serve Additional Interrogatories (ECF No. 338).

•     Dispositive Motions are due **45 DAYS** after the Discovery Cutoff.

•     Trial and Pre-Trial Conferences will be set based on availability of the Court and parties at a date that gives the Court sufficient time to consider any dispositive motions.

**The parties are SPECIFICALLY REMINDED of their obligation to comply with all of the assigned Chief District Judge's Standing Orders for Civil Cases, updated April 7, 2025, including the 25-page limit for briefs.  (*See* Standing Orders for Civil Cases § I.C.1.)**

**IT IS SO ORDERED.**

Date: April 18, 2025                                        /s/ *Elizabeth A. Preston Deavers*
                                                                           ELIZABETH A. PRESTON DEAVERS
                                                                           UNITED STATES MAGISTRATE JUDGE